# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| CALVIN L. REDD | CASE NO. 3:19-CV-00162 SEC P. |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| VICKY REEVE | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation [Doc. No. 38] of the Magistrate Judge having been considered, and Objection [Doc. No. 41] filed with this Court on February 18, 2020, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for summary judgment [Doc. No. 30] filed by defendant Vickie Reeves (incorrectly sued as "Vicky Reeve") is **GRANTED-IN-PART** and that plaintiff, Calvin L. Redd's claims against said defendant are hereby **DISMISSED WITHOUT PREJUDICE**, in their entirety, on the merits, but **DISMISSED WITH PREJUDICE** for purposes of proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the parties' cross-motions for summary judgment [Doc. Nos. 28 & 30] otherwise are **DENIED**.

MONROE, LOUISIANA, this 19th day of February, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE